UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN SAKACSI, on behalf of himself
and others similarly situated

    Plaintiff,

v.                                                             Case No: 8:06-cv-01297-SCB-MAP
                                                                            COLLECTIVE ACTION

QUICKSILVER DELIVERY SYSTEMS,
INC. d/b/a Q.D.S. Logistics, a Florida
corporation,

    Defendant.
_____/

**ORDER ON JOINT STIPULATION FOR CONDITIONAL
CERTIFICATION OF COLLECTIVE ACTION**

THIS MATTER having come before the Court on the Parties' Joint Stipulation Conditional Certification of Collective Action, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. This matter shall be conditionally certified to proceed as a collective action consisting of all current and former delivery drivers of Defendant that worked for at least forty-five (45) days during any time between October 15, 2004 and the present;

2. The Parties' Notice to Potential Collective Action Claimants is hereby approved;

3. Defendant shall respond to Plaintiff's Limited Expedited Discovery within fifteen (15) days of service thereof by producing a computer readable data file or spreadsheet containing the information requested therein;

4.  Plaintiff shall mail the Notice to Potential Collective Action Plaintiffs to all individuals within the defined collective class within fifteen (15) days of receipt of Defendant's responses to the Limited Expedited Discovery; and

5.  Any individuals within the defined collective class shall be permitted to opt into this lawsuit by filing their consent for a period of sixty (60) days from the mailing of the Notice.

DONE AND ORDERED in Chambers in Tampa, Hillsborough County, Florida this 7th day of November, 2006.

Judge Susan C. Bucklew