UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN SAKACSI, on behalf of himself
and others similarly situated,

        Plaintiff,

v.                                          Case No. 8:06-cv-1297-T-24 MAP

QUICKSILVER DELIVERY
SYSTEMS, INC. d/b/a Q.D.S. LOGISTICS,
a Florida corporation, and
MICHAEL A. BAKER, an Individual,

        Defendants.
_____/

## ORDER

This cause comes before the Court on Defendants' Notices of Filing Suggestion of Bankruptcy (Doc. Nos. 89 and 90), which state that Defendants each filed petitions under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Middle District of Florida, Case No. 8:08-bk-01254 and Case No. 8:08-bk-01253, on January 31, 2008. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically **STAYED**;

(2) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case;

(3) Plaintiffs may reinstate this case to active status upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by

those proceedings; if this suit is resolved by the bankruptcy proceedings, Plaintiffs shall promptly move for dismissal of this case; and

(4)    Plaintiffs are directed to file and serve, on or before August 21, 2008, and every six months thereafter, a status report regarding the Defendant's bankruptcy proceedings.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of February, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record

2